# The below described is SIGNED.

**Dated: February 19, 2014**




**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

**STEVEN R. BAILEY (0174)**
Chapter 7 Trustee
2454 Washington Blvd.
Ogden, Utah 84401
Telephone: (801) 621-4430
Facsimile: (801) 621-4436

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### NORTHERN DIVISION

| IN RE: | : | |
|---|---|---|
| | : | Bankruptcy Case Number **12-35112** |
| **RICH COREY COMBE** | : | |
| **MIKELLE S COMBE** | : | |
| | : | (Chapter 7) |
| Debtor(s). | : | |

### ORDER APPROVING APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AND TRUSTEE'S PROCEDURES

The trustee filed a final report and application for compensation which has been reviewed by the United States Trustee. Notice of the trustee's final report and notice of hearing has been given, if applicable, to all creditors and parties in interest and the Court has considered the trustee's final report and application for compensation. The Court found that the trustee has complied with all noticing and hearing requirements necessary to proceed with his final disbursement.

The Notice of Filing of Trustee's Final Report and Account Before Distribution, Applications for Compensation and Reimbursement of Expenses was scheduled to come before the Honorable Joel T. Marker, United States Bankruptcy Court Judge, on the 26th day of February, 2014, at the hour of 10:30 a.m. Further, pursuant to the Notice, objections to the Trustee's Notice were to be filed and served on counsel no later than February 12, 2014. The notice provided that in the absence of objections, the Trustee may file an Order with the Court without a hearing. The court having determined that no written response to the Notice has been filed, and good cause appearing therefore;

THE COURT HEREBY ORDERS that:

1. The trustee's application for compensation is allowed as prayed in the amount of $1308.20;

2. The trustee's expenses are allowed as prayed in the amount of $32.71;

3. The trustee's final distribution is approved; and

4. The trustee is authorized to abandon/destroy records of the estate;

5. That the hearing scheduled for February 26th, 2014 at the hour of 10:30 a.m. is hereby stricken.

{END OF DOCUMENT}

CLERK'S CERTIFICATE OF MAILING

I certify that on the ____ day of _____, 2014, I served copies of the foregoing order, by depositing the same in the United States mails, postage pre-paid and addressed as indicated or Electronically:

Steven R. Bailey, Chapter 7 Trustee - Received by ECF

Office of the U.S. Trustee - Received by ECF

_____
Deputy Clerk