# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re: COMBE, RICH COREY  § Case No. 12-35112
COMBE, MIKELLE S  §
  §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. BAILEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $93,344.00              Assets Exempt: $10,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,195.24     Claims Discharged
                                               Without Payment: $539,832.91

Total Expenses of Administration: $1,386.76

---

3) Total gross receipts of $ 5,582.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,582.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $104,000.00 | $6,799.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 28,212.05 | 1,386.76 | 1,386.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,000.00 | 1,156.63 | 1,156.63 | 1,156.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 259,818.85 | 386,066.64 | 386,066.64 | 3,038.61 |
| **TOTAL DISBURSEMENTS** | $367,818.85 | $422,235.25 | $388,610.03 | $5,582.00 |

4) This case was originally filed under Chapter 7 on November 30, 2012. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2014          By: /s/STEVEN R. BAILEY
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 5,582.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,582.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | R. C. Willey Financial Services | 4210-000 | N/A | 1,144.00 | 0.00 | 0.00 |
| 5 | USTC | 4800-000 | unknown | 655.93 | 0.00 | 0.00 |
| 18S | Small Buisness Administration/ UT | 4210-000 | N/A | 5,000.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 31,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Buisness Administration/ UT | 4110-000 | 73,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$104,000.00** | **$6,799.93** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. BAILEY | 2100-000 | N/A | 1,308.20 | 1,308.20 | 1,308.20 |
| STEVEN R. BAILEY | 2200-000 | N/A | 32.71 | 32.71 | 32.71 |
| Wells Fargo Bank, N.A., dba Wells Fargo Dealer Ser | 3992-650 | N/A | 26,825.29 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 5.85 | 5.85 | 5.85 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $28,212.05 | $1,386.76 | $1,386.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Weber County Corporation | 5800-000 | unknown | 1,156.63 | 1,156.63 | 1,156.63 |
| NOTFILED | IRS | 5200-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,000.00 | $1,156.63 | $1,156.63 | $1,156.63 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Outsource Receivables | 7100-000 | N/A | 685.93 | 685.93 | 5.40 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,631.45 | 1,631.45 | 12.84 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,355.46 | 1,355.46 | 10.67 |
| 4U | R. C. Willey Financial Services | 7100-000 | N/A | 1,262.45 | 1,262.45 | 9.94 |
| 8 | Rocky Mountain Power | 7100-000 | N/A | 1,162.87 | 1,162.87 | 9.15 |
| 9 | American InfoSource LP as agent for | 7100-000 | N/A | 735.69 | 735.69 | 5.79 |
| 10 -2 | VALLEY NURSERY | 7100-000 | 3,778.81 | 4,170.15 | 4,170.15 | 32.82 |
| 11 | American Express Bank FSB | 7100-000 | N/A | 3,810.22 | 3,810.22 | 29.99 |
| 12 | American InfoSource LP as agent for | 7100-000 | N/A | 488.54 | 488.54 | 3.85 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,609.31 | 1,609.31 | 12.67 |
| 14 | BMO HARIRIS BANK NA | 7100-000 | N/A | 42,138.27 | 42,138.27 | 331.66 |
| 15 | Zions First National Bank | 7100-000 | 74,287.47 | 105,550.50 | 105,550.50 | 830.75 |
| 16 | Zions First National Bank | 7100-000 | 24,947.69 | 16,616.33 | 16,616.33 | 130.78 |
| 17 | Caterpillar Financial Services | 7100-000 | 4,000.00 | 6,331.86 | 6,331.86 | 49.84 |
| 18U | Small Buisness Administration/ UT | 7100-000 | N/A | 68,000.00 | 68,000.00 | 535.20 |
| 19 | TD BANK USA, N.A. | 7100-000 | N/A | 3,282.53 | 3,282.53 | 25.84 |
| 20 | American InfoSource LP as agent for | 7100-000 | N/A | 3,282.53 | 3,282.53 | 25.84 |
| 21 | Weber County Corporation | 7100-000 | N/A | 1,242.92 | 1,242.92 | 9.78 |
| 22 | Zions First National Bank | 7100-000 | N/A | 122,709.63 | 122,709.63 | 965.80 |
| NOTFILED | Midland Credit Management | 7100-000 | 662.12 | N/A | N/A | 0.00 |
| NOTFILED | MOI Bank | 7100-000 | 47,035.22 | N/A | N/A | 0.00 |
| NOTFILED | M & I Home Equity Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Intermountain Medical Group | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Labor Commission | 7100-000 | 1,257.75 | N/A | N/A | 0.00 |
| NOTFILED | Express | 7100-000 | 1,214.86 | N/A | N/A | 0.00 |
| NOTFILED | GAP | 7100-000 | 1,317.68 | N/A | N/A | 0.00 |
| NOTFILED | Fomatsu Financial | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RC Wiley | 7100-000 | 2,345.76 | N/A | N/A | 0.00 |
| NOTFILED | Smith Knowles | 7100-000 | 78.35 | N/A | N/A | 0.00 |
| NOTFILED | Smith Knowles | 7100-000 | 1,977.41 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Zions Bank | 7100-000 | 440.16 | N/A | N/A | 0.00 |
| NOTFILED | Zions Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Zions Bank | 7100-000 | 265.97 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 1,032.31 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 3,060.00 | N/A | N/A | 0.00 |
| NOTFILED | United recovery Services | 7100-000 | 2,272.73 | N/A | N/A | 0.00 |
| NOTFILED | Sprinkler Supply | 7100-000 | 48,819.79 | N/A | N/A | 0.00 |
| NOTFILED | T Mobile | 7100-000 | 219.78 | N/A | N/A | 0.00 |
| NOTFILED | Staker Parson Co | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Financial Services | 7100-000 | 6,200.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 4,039.99 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $259,818.85 | $386,066.64 | $386,066.64 | $3,038.61 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35112  
**Case Name:** COMBE, RICH COREY  
COMBE, MIKELLE S  
**Period Ending:** 08/13/14

**Trustee:** (640060) STEVEN R. BAILEY  
**Filed (f) or Converted (c):** 06/14/13 (c)  
**§341(a) Meeting Date:** 07/31/13  
**Claims Bar Date:** 12/05/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CASH ON HAND | 55.00 | 55.00 | | 0.00 | FA |
| 2 | CHASE BANK CHECKING | 228.00 | 228.00 | | 0.00 | FA |
| 3 | AMERICA FIRST CREDIT CHECKING/SAVINGS | 335.00 | 335.00 | | 0.00 | FA |
| 4 | CHASE BANK CHECKING | 86.00 | 86.00 | | 0.00 | FA |
| 5 | AMERICA FIRST CREDIT CHECKING/SAVINGS | 25.00 | 25.00 | | 0.00 | FA |
| 6 | REFRIGERATOR STOVE/OVEN MICROWAVE DISHWASHER WAS | 500.00 | 500.00 | | 0.00 | FA |
| 7 | REFRIGERATOR STOVE/OVEN MICROWAVE DISHWASHER WAS | 1,025.00 | 0.00 | | 0.00 | FA |
| 8 | TABLE/CHAIRS | 150.00 | 0.00 | | 0.00 | FA |
| 9 | BEDS/BEDDINGS NIGHTSTAND | 700.00 | 0.00 | | 0.00 | FA |
| 10 | SOFA LOVESEAT END TABLES COFFEE TABLE LAMP ENTER | 1,960.00 | 960.00 | | 0.00 | FA |
| 11 | COMPUTER | 650.00 | 650.00 | | 0.00 | FA |
| 12 | DVD'S CD'S BOOKS MISC PICTURES | 580.00 | 0.00 | | 0.00 | FA |
| 13 | CLOTHES (5) | 1,250.00 | 0.00 | | 0.00 | FA |
| 14 | WEDDING RING WEDDING BAND MISC JEWELRY | 1,500.00 | 1,055.00 | | 0.00 | FA |
| 15 | BIKES CAMERA CAMCORDER CAMPING EQUIPMENT FISHING | 800.00 | 800.00 | | 0.00 | FA |
| 16 | BIKES CAMERA CAMCORDER CAMPING EQUIPMENT FISHING | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 17 | 2005 CAT TRACK HOE (NEEDS NEW TRAX, RAM, AND HAS | 12,000.00 | 8,000.00 | | 0.00 | FA |
| 18 | 3V LANDSCAPE LLC (EACH DEBTOR OWNS 50%) MISC. HA | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 19 | 2009 CHEVROLET TRUCK (150,000 MILES, TORN LEATHE | 24,200.00 | 0.00 | | 0.00 | FA |
| 20 | 2009 CHEVROLET TRUCK (150,000 MILES, TORN LEATHE | 31,150.00 | 31,150.00 | | 0.00 | FA |
| 21 | 2006 POLARIS, 90CC FRONT DAMAGE | 500.00 | 500.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35112  
**Case Name:** COMBE, RICH COREY  
COMBE, MIKELLE S  
**Period Ending:** 08/13/14

**Trustee:** (640060) STEVEN R. BAILEY  
**Filed (f) or Converted (c):** 06/14/13 (c)  
**§341(a) Meeting Date:** 07/31/13  
**Claims Bar Date:** 12/05/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 22 | 2000 LAND ROVER DISCOVERY II | 2,800.00 | 300.00 | | 0.00 | FA |
| 23 | PATIO FURNITURE BBQ GRILL MISC TOOLS | 350.00 | 350.00 | | 0.00 | FA |
| 24 | TAX REFUND (u) | 0.00 | 5,107.00 | | 5,582.00 | FA |
| 24 | Assets   Totals (Excluding unknown values) | **$93,344.00** | **$62,601.00** | | **$5,582.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 15, 2014          **Current Projected Date Of Final Report (TFR):**    January 9, 2014  (Actual)

Printed: 08/13/2014 03:56 PM    V.13.15

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35112  
**Case Name:** COMBE, RICH COREY  
COMBE, MIKELLE S  
**Taxpayer ID #:** **-***0254  
**Period Ending:** 08/13/14

**Trustee:** STEVEN R. BAILEY (640060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $84,132,847.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/06/13 | {24} | State of Utah | State tax refund | 1224-000 | 120.00 | | 120.00 |
| 09/06/13 | {24} | IRS | Federal refund | 1224-000 | 5,462.00 | | 5,582.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,572.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,562.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,552.00 |
| 12/05/13 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/05/2013 FOR CASE #12-35112, Bond Fee 2014 | 2300-000 | | 5.85 | 5,546.15 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,536.15 |
| 02/26/14 | 102 | Outsource Receivables | Dividend paid 0.78% on $685.93; Claim# 1; Filed: $685.93; Reference: | 7100-000 | | 5.40 | 5,530.75 |
| 02/26/14 | 103 | R. C. Willey Financial Services | Dividend paid 0.78% on $1,262.45; Claim# 4U; Filed: $1,262.45; Reference: | 7100-000 | | 9.94 | 5,520.81 |
| 02/26/14 | 104 | Rocky Mountain Power | Dividend paid 0.78% on $1,162.87; Claim# 8; Filed: $1,162.87; Reference: | 7100-000 | | 9.15 | 5,511.66 |
| 02/26/14 | 105 | VALLEY NURSERY | Dividend paid 0.78% on $4,170.15; Claim# 10-2; Filed: $4,170.15; Reference: | 7100-000 | | 32.82 | 5,478.84 |
| 02/26/14 | 106 | American Express Bank FSB | Dividend paid 0.78% on $3,810.22; Claim# 11; Filed: $3,810.22; Reference: | 7100-000 | | 29.99 | 5,448.85 |
| 02/26/14 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 0.78% on $1,609.31; Claim# 13; Filed: $1,609.31; Reference: | 7100-000 | | 12.67 | 5,436.18 |
| 02/26/14 | 108 | BMO HARIRIS BANK NA | Dividend paid 0.78% on $42,138.27; Claim# 14; Filed: $42,138.27; Reference: | 7100-000 | | 331.66 | 5,104.52 |
| 02/26/14 | 109 | Caterpillar Financial Services | Dividend paid 0.78% on $6,331.86; Claim# 17; Filed: $6,331.86; Reference: | 7100-000 | | 49.84 | 5,054.68 |
| 02/26/14 | 110 | Small Buisness Administration/ UT | Dividend paid 0.78% on $68,000.00; Claim# 18U; Filed: $68,000.00; Reference: | 7100-000 | | 535.20 | 4,519.48 |
| 02/26/14 | 111 | TD BANK USA, N.A. | Dividend paid 0.78% on $3,282.53; Claim# 19; Filed: $3,282.53; Reference: | 7100-000 | | 25.84 | 4,493.64 |
| 02/26/14 | 112 | American InfoSource LP as agent for | Dividend paid 0.78% on $3,282.53; Claim# 20; Filed: $3,282.53; Reference: | 7100-000 | | 25.84 | 4,467.80 |
| 02/26/14 | 113 | Zions First National Bank | Dividend paid 0.78% on $122,709.63; Claim# 22; Filed: $122,709.63; Reference: | 7100-000 | | 965.80 | 3,502.00 |
| 02/26/14 | 114 | STEVEN R. BAILEY | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,340.91 | 2,161.09 |
| | | | Dividend paid 100.00% 1,308.20 on $1,308.20; Claim# ; | 2100-000 | | | 2,161.09 |

Subtotals : $5,582.00  $3,420.91

{} Asset reference(s)  
Printed: 08/13/2014 03:56 PM  V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35112  
**Case Name:** COMBE, RICH COREY  
COMBE, MIKELLE S  
**Taxpayer ID #:** **-***0254  
**Period Ending:** 08/13/14

**Trustee:** STEVEN R. BAILEY (640060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1866 - Checking Account  
**Blanket Bond:** $84,132,847.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1,308.20 | | | | |
| | | | Dividend paid 100.00% on $32.71; Claim# ; Filed: $32.71    32.71 | 2200-000 | | | 2,161.09 |
| 02/26/14 | 115 | American InfoSource LP as agent for | Combined Check for Claims#9,12 | | | 9.64 | 2,151.45 |
| | | | Dividend paid 0.78% on $735.69; Claim# 9; Filed: $735.69    5.79 | 7100-000 | | | 2,151.45 |
| | | | Dividend paid 0.78% on $488.54; Claim# 12; Filed: $488.54    3.85 | 7100-000 | | | 2,151.45 |
| 02/26/14 | 116 | Quantum3 Group LLC as agent for | Combined Check for Claims#2,3 | | | 23.51 | 2,127.94 |
| | | | Dividend paid 0.78% on $1,631.45; Claim# 2; Filed: $1,631.45    12.84 | 7100-000 | | | 2,127.94 |
| | | | Dividend paid 0.78% on $1,355.46; Claim# 3; Filed: $1,355.46    10.67 | 7100-000 | | | 2,127.94 |
| 02/26/14 | 117 | Weber County Corporation | Combined Check for Claims#21,7 | | | 1,166.41 | 961.53 |
| | | | Dividend paid 0.78% on $1,242.92; Claim# 21; Filed: $1,242.92    9.78 | 7100-000 | | | 961.53 |
| | | | Dividend paid 100.00% on $1,156.63; Claim# 7; Filed: $1,156.63    1,156.63 | 5800-000 | | | 961.53 |
| 02/26/14 | 118 | Zions First National Bank | Combined Check for Claims#15,16 | | | 961.53 | 0.00 |
| | | | Dividend paid 0.78% on $105,550.50; Claim# 15; Filed: $105,550.50    830.75 | 7100-000 | | | 0.00 |
| | | | Dividend paid 0.78% on $16,616.33; Claim# 16; Filed: $16,616.33    130.78 | 7100-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 5,582.00 | 5,582.00    $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 5,582.00 | 5,582.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$5,582.00** | **$5,582.00** |

{} Asset reference(s)                                                                                                        Printed: 08/13/2014 03:56 PM    V.13.15

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-35112 | | **Trustee:** | STEVEN R. BAILEY (640060) |
|---|---|---|---|---|
| **Case Name:** | COMBE, RICH COREY | | **Bank Name:** | Rabobank, N.A. |
| | COMBE, MIKELLE S | | **Account:** | ******1866 - Checking Account |
| **Taxpayer ID #:** | **-***0254 | | **Blanket Bond:** | $84,132,847.00 (per case limit) |
| **Period Ending:** | 08/13/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | **Checking # ******1866** | 5,582.00 | 5,582.00 | 0.00 |
| | | $5,582.00 | $5,582.00 | $0.00 |

{} Asset reference(s)    Printed: 08/13/2014 03:56 PM    V.13.15